# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 25, 2013

146752

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

CANDIS ADAMS,
    Plaintiff-Appellant,

v

BRETTON WOODS CONDO ASSOCIATION,
INC.,
    Defendant-Appellee.

SC: 146752
COA: 310066
Wayne CC: 11-002049-ND

_____/

   On order of the Court, the application for leave to appeal the January 16, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

   June 25, 2013

t0617



         Clerk